COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA
❏ INITIAL APPEARANCE                      DATE: 10/19/06
❏ BOND HEARING
❏ DETENTION HEARING                       DIGITAL Recording : 3:03 - 3:10
❏ PRELIMINARY (EXAMINATION)(HEARING)
❏ REMOVAL HEARING (R.40)
❏ ARRAIGNMENT

**PRESIDING MAG. JUDGE:** VANZETTA PENN MCPHERSON    **DEPUTY CLERK:** Wanda Robinson
**CASE NO:** 2:06mj104-VPM                          **DEFENDANT NAME:** Debra F. Lynn
**AUSA:** Terry Moorer                              **DEFT. ATTY:** Jennifer Hart -IA purposes only

Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (x) FPD

**PTSO:**_____                **USPO:**_____

Defendant ( ) does; (√) does NOT need an interpreter
Interpreter present (√) NO; ( ) YES    Name:

_____

| | |
|---|---|
| √ | Date of Arrest or √ Arrest Rule 40 10/19/06 |
| √ | Deft First Appearance. Advised of rights/charges.  Prob/Sup Rel Violator |
| ❏ | Deft First Appearance with Counsel |
| ❏ | Deft. First Appearance without Counsel |
| ❏ | Requests appointed Counsel |
| ❏ | Financial Affidavit executed   *ORAL MOTION FOR APPT OF COUNSEL* |
| ❏ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| ❏ | Panel Attorney Appointed; ❏ to be appointed - prepare voucher |
| ❏ | Deft. Advises he will retain counsel.  Has retained |
| ❏ | ❏ Government's ORAL Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed |
| ❏ | Detention Hearing ❏ held; ❏ set for |
| ❏ | **ORDER OF TEMPORARY DETENTION PENDING HEARING** to be entered |
| ❏ | **ORDER OF DETENTION HEARING PENDING TRIAL** to be entered |
| ❏ | Release order entered.  Deft advised of conditions of release |
| ❏ | **BOND EXECUTED** (M/D AL charges) $. |
| ❏ | **BOND EXECUTED** (R. 40) - deft to report to originating district as ordered |
| ❏ | Bond not executed.  Defendant to remain in Marshal's custody |
| √ | Deft. **ORDERED REMOVED** to originating district |
| ❏ | Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing |
| ❏ | Court finds **PROBABLE CAUSE**.  Defendant bound over to the Grand Jury |
| ❏ | **ARRAIGNMENT** ❏HELD. Plea of NOT GUILTY entered.  ❏ Set for |
| ❏ | DISCOVERY DISCLOSURE DATE: |
| ❏ | NOTICE to retained Criminal Defense Attorney handed to counsel |
| ❏ | **WAIVER of Speedy Trial.  CRIMINAL TERM:** |

Defendant to report to Northern District of Florida (Pensacola Division) on 11/15/06 @ 8:30 a.m.