AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA

V.

DEBRA F. LYNN

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: __2:06mj104-VPM__

CHARGING DISTRICTS
CASE NUMBER: __3:98m253/MD__

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the

__NORTHERN__ District of __FLORIDA__ ; and that the Clerk of Court shall transfer bail

deposited into the Registry of this Court, to the Clerk of the _____

*Place and Address*

, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified)
__Northern District of Florida (Pensacola, FL)__ on __15 November 2006 @ 8:30 a.m.__ .

*Date and Time*

_____
*Signature of Judge*

__10/23/06__
*Date*

__U.S. Magistrate Judge Vanzetta Penn McPherson__
*Name and Title of Judge*